IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN H. VAN STEDUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 12 cv 00644 |
| ) | |
| v. ) | Hon. Edmund E. Chang |
| ) | |
| NICHOLAS MARGIARACINA and HELEN ) | |
| MARGIARACINA D/B/A THE LAMPLITER ) | |
| and LAMP LITER, INC. D/B/A THE ) | |
| LAMPLITER ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Van Stedum hereby stipulates, through his court-appointed counsel, and requests this Court to order, that the above-captioned action is voluntarily dismissed with prejudice. The parties are to bear their own costs and attorneys' fees.

Dated: May 31, 2013

/s/ Mark E. Rakoczy
Mark E. Rakoczy
155 N. Wacker Drive
Chicago, IL 60606
Tel. No.: (312) 407-0764
E-Mail: mark.rakoczy@skadden.com
*Attorney for John Van Stedum*

**CERTIFICATE OF SERVICE**

  I, Mark E. Rakoczy, hereby certify that on May 31, 2013, I caused this **STIPULATION OF DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of the District Court using the CM/ECF system and copy to be mailed to:

    Daniel G. O'Day, Esq., P.C.
    Cusack Gilfillan & O'Day, LLC
    415 Hamilton Boulevard
    Peoria, IL  61602.

        /s/ Mark E. Rakoczy
        Mark E. Rakoczy
        155 N. Wacker Drive
        Chicago, IL  60606
        Tel. No.:  (312) 407-0764
        E-Mail:  mark.rakoczy@skadden.com
        *Attorney for John Van Stedum*